Ray E. Gallo (SBN 158903)
Email: rgallo@gallo-law.com
Patrick V. Chesney (SBN 267587)
Email: pchesney@gallo-law.com
GALLO LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Tel: 415.257.8800

Attorneys for plaintiff s Nichole Herndon, Matthew Foist, and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLE HERNDON AND MATTHEW FOIST, as individuals, and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br>v.<br>GRUMA CORPORATION, a Nevada Corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:14-cv-02985-RS<br><br>Judge: Hon. Richard Seeborg<br><br>**STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(1)(A)(ii) AND [PROPOSED] ORDER**<br><br>Date Action Filed: June 27, 2014 |

TO THE HONORABLE COURT:

NOTICE IS HEREBY GIVEN that, by and through their respective counsel, plaintiffs Nichole Henderson and Matthew Foist and defendant Gruma Corporation, being all parties to this action, hereby submit this joint Stipulation pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii) to dismiss this entire action with prejudice.

DATED: November 18, 2014         Ray E. Gallo
                                 Patrick V. Chesney
                                 **GALLO LLP**

                                 By: ___/s/ Patrick V. Chesney___

|   |   |
|---|---|
| 1 | Attorneys for plaintiffs Nichole Herndon, Matthew Foist, and the Proposed Class |
| 2 |   |
| 3 | DATED: November 18, 2014       Duane H. Zobrist, Esq. |
|   | ZOBRIST LAW GROUP, PLLC |
| 4 |   |
| 5 | KULL + HALL LLP |
| 6 |   |
|   | By:     /s/ Robert F. Kull |
| 7 | Robert F. Kull |
| 8 | Attorneys for defendant Gruma Corporation |

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: 11/18/14

_____
Hon. Richard Seeborg
United States District Judge

---

2

STIPULATION TO DISMISS ENTIRE ACTION            CASE NO.: 3:14-cv-02985-RS